IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Cause No. 4:18-CV-01566-JAR |
| ) | |
| CITY OF SAINT LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORTING REGARDING STAY
AND REQUEST TO EXTEND STAY BY TWO WEEKS**

Pursuant to the Court's order, the parties provide the following status report.

1. In the two weeks since the previous Order granting a continued stay, (ECF No. 191), the parties have met on several occasions and continued to discuss potential settlement options.

2. The parties are scheduled to meet in person tomorrow, December 6, 2022, to discuss the further potential of settlement.

3. While the parties are not certain that a settlement will occur, the parties do believe that by the end of this week, they will be able to determine whether the case will settle or whether it will proceed to further litigation.

4. The parties believe that given the upcoming meeting to discuss settlement, detailed discussion of the schedule for further litigation would not be the best use of their clients' time or resources.

5. Accordingly, the parties respectfully request the Court to extend the stay two additional weeks.

6. The parties will file an updated status report no later than December 19, 2022.

Dated: December 5, 2022

Respectfully submitted,
**KHAZAELI WYRSCH LLC**

/s/ Javad M. Khazaeli
Javad M. Khazaeli, 53735MO
James R. Wyrsch, 53197MO
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com

**CAMPBELL LAW LLC**
Alicia Campbell, 59586MO
John Campbell, 59318MO
3470 S. Jefferson
St. Louis, Missouri 63114
alicia@campbelllawllc.com
john@campbelllawllc.com
*Attorneys for Plaintiffs*

**SHEENA HAMILTON**
**CITY COUNSELOR**

/s/ Brandon Laird
Brandon Laird 65564 MO
lairdb@stlouis-mo.gov
Adriano Martinez 69214 MO
martineza@stlouis-mo.gov
Abby Duncan 67766 MO
duncana@stlouis-mo.gov
Assistant City Counselors

1200 Market St. City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
*Attorneys for Defendants*

2