# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18CV1566 JAR |
| CITY OF ST. LOUIS, *et al.,* | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Status Report and Request to Extend Stay [ECF No. 198]. The Court previously ordered a stay in this case, and that no later than seven days following final approval of class certification in *Street, et al. v. OToole,* Case Number 4:19CV2590 CDP*,* the parties file dismissal papers with respect to the instant case. Plaintiff informed the Court in his status report that the final approval of the class action settlement has been granted in *Street*. Pursuant to the settlement agreement, Defendant City of St. Louis must fully fund the settlement no later than August 14, 2023, and Plaintiff must dismiss the lawsuit within seven days after the settlement is fully funded. For this reason, Plaintiff requests an extension of the stay until August 21, 2023, and the Court will grant his request.

Accordingly,

**IT IS HEREBY ORDERED** that the stay is extended until August 21, 2023 to allow for final settlement in the case.

Dated this 7th day of July, 2023.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**