UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DEMETRIUS THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-cv-1566-JAR |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Demetrius Thomas and Defendants City of Saint Louis, Missouri, Scott Aubuchon, Patrick Daut, Samuel Gilman, Daniel Howard, Randy Jemerson, Matthew Karnowski, Bill Kiphart, Nicholas Lee, Trenton Lee, Brian Lemons, Gerald Leyshock, Tom Long, Timothy McNamara, Lawrence O'Toole, Joseph Rodriguez, Brian Rossomanno, and Timothy Sachs ("Defendants"), hereby stipulate and agree that the claims of Plaintiffs against Defendants are dismissed with prejudice.

Date:  August 3, 2023

Respectfully submitted,

**KHAZAELI WYRSCH LLC**

/s/ James R. Wyrsch
James R. Wyrsch, #53197(MO)
Javad M. Khazaeli, #53735(MO)
John M. Waldron, #70401(MO)
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com
jack.waldron@kwlawstl.com

**CAMPBELL LAW LLC**

Alicia Campbell, #59586(MO)
3470 S. Jefferson
St. Louis, Missousri 63114
alicia@campbelllawllc.com

**SHEENA HAMILTON
CITY COUNSELOR**

/s/ Brandon Laird
Brandon Laird, #65564(MO)
Abby Duncan, #67766(MO)
Adriano Martinez, #69214(MO)
1200 Market Street, Room 314
St. Louis, MO 63103
(314) 622-3361
lairdb@stlouis-mo.gov
duncana@stlouis-mo.gov
martineza@stlouis-mo.gov

*Attorneys for Defendants*

*Attorneys for Plaintiff*